7/18/02

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

JOANN JACKSON
Plaintiff

FILED: JULY 28, 2008
08CV4270
JUDGE ZAGEL
MAGISTRATE JUDGE COX

v.

CASE NUMBER _____

THE COUNTY OF COOK
Defendant(s)

JUDGE ___JFB_____

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __JOANN JACKSON_____, declare that I am the X plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application X to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes   X No   (If "No," go to Question 2)
   I.D. # _____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount: _____

2. Are you currently employed?   X Yes   ☐No
   Monthly salary or wages: __$200.00/mth to $237.00/mth__
   Name and address of employer: __Illinois Action for Children, Child Care Assistance Program 1340 S. Damen Ave., Chicago IL 60608.__

   a. If the answer is "No":
      Date of last employment: _____
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?   X Yes   ☐No
      Spouse's monthly salary or wages: _____
      Name and address of employer: __unemployed; see below__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                                    X Yes   ☐No
      Amount __$755.56/wk (gross) thru 5/19/08__ Received by __Steven C. Jackson (spouse)__

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    X No
Amount_____Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    X No
Amount_____Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, X disability, ☐ workers' compensation, X unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support    X Yes    ☐No

Amount __$573/mth__ (SSI)____ Received by __John Waters III (son)__

Amount __$2004/mth__ (gross)_(UI)____ Received by __Steven C. Jackson__

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    X No
Amount_____Received by_____

    f.    X Any other sources (state source: __food stamps__)    X Yes  ☐No
Amount _$240/mth_____Received by __Joann Jackson, John Waters III__

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    X No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    X No
Property:_____ Current Value:_____

In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    X No
Address of property:_____
Type of property:_____ Current value:_____

In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?    X Yes    ☐No
Property:__2001 Oldsmobile Aurora__ (in repair shop)_____
Current value: __$2500__
In whose name held: __Joann Jackson__ Relationship to you:_____

Property: __1998 Ford Crown Victoria__ (in collections)
Current value: __$1700__
In whose name held: __Steven C. Jackson__ Relationship to you: __Spouse__

-2-

Property:   2005 Chevy Trailblazer          (owes $16,264)
Current value:   $9,500     (in payment)
In whose name held:   Steven C. Jackson     Relationship to you:   Spouse

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
Joann Jackson cares for her mentally disabled adult son, John Waters III. She is his representative payee for his Supplemental Security Insurance and pays for his needs. Joann Jackson spends approximately $800 per month (including his supplemental security) to care for her son.

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7/23/08

_____
Signature of Applicant

JOANN JACKSON
(Print Name)