## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4270 | **DATE** | 8/14/2008 |
| **CASE TITLE** | JOANN JACKSON vs. THE COUNTY OF COOK | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed in forma pauperis [4] is granted. Summons to issue.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|